IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LEONARDO MANSON ,                          *

                    Plaintiff,             *

v.                                             Case No. 5:25-cv-293 (MTT)
                                           *
WELLS FARGO BANK, N.A.,
                                           *
                    Defendant.
                                           *
_____    *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing Plaintiff's federal claims and remanding this case back

to the Magistrate Court of Bibb County.

This 20th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk